WILLIAM H. WOOD, Appellant, *v.* UGO PACE, Respondent.

(Argued January 16, 1929; decided February 13, 1929.)

*John Kelly* and *Fletcher W. Battershall* for appellant.
*Nelson R. Pirnie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.